Felony

United States District Court
Southern District of Texas

FILED

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

JAN - 8 2019

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>(1) Rogelio GARCIA-Zepeda  English use<br>(2) Arturo GONZALEZ-Reyna<br><br>*Defendant(s)* | Case No. B-19-110-MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/6/2019__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and<br>21 U.S.C. 846 | Possession with Intent to Distribute approximately 145.0 kgs of marijuana, a schedule 1 controlled substance. |

This criminal complaint is based on these facts:

See Attachments

☑ Continued on the attached sheet.

_____ TFO
*Complainant's signature*

Hector Lopez, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/8/2019__

_____
*Judge's signature*

City and state: Brownsville, Texas

Ronald G. Morgan, US Magistrate Judge
*Printed name and title*

Page 1 of 2

United States
   V.
(1) Rogelio GARCIA-Zepeda
(2) Arturo GONZALEZ-Reyna

## ATTACHMENT – A

### (AFFIDAVIT)

On January 6, 2019, at approximately 7:24 p.m., Border Patrol's air asset unit (BOA) advised Harlingen Border Patrol agents via service radio communications, that there were actively monitoring five (5) subjects loading large bundles of what appeared to be illegal contraband into a vehicle by the IBWC levee on Rangerville Rd in Los Indios, TX

Ground units converged to the area and located a blue in color Kia minivan driving northbound away from the location. Agents observed the minivan swerved to the eastside of Rangerville Rd. in which both the driver and passenger exited the vehicle and absconded into the brush. Agents were able to apprehend both subjects with the assistance of air assets, which maintained visual on the subjects as they absconded. The driver, later identified as **Rogelio GARCIA-Zepeda** was apprehended within minutes approximately 50 yards east of the minivan. The passenger, later identified as **Arturo GONZALEZ-Reyna**, was also apprehended within minutes approximately 75 yards southeast of the Minivan. Agents secured the minivan where marijuana bundles were located inside. As Border Patrol Air assets continued to scan the area, they were able to locate four (4) subjects and several bundles of contraband cross the Rio Grande River southbound into Mexico.

Agents seized the bundles located in the minivan, counting six (6) in total. Agents later weighed the bundles totaling approximately 319.5 lbs. (145.00 kgs) and conducted a field test of the bundles resulting positive for characteristics for marijuana.

On January 7, 2019 DEA Task Force Officers arrived at the Harlingen Border Patrol Station to conduct interviews with GONZALEZ and GARCIA. GONZALEZ was advised of his Miranda rights and waived his right to legal counsel. GONZALEZ stated that he was not involved with the minivan and that he had illegal entered into the United States to seek work.

GARCIA was advised of his Miranda rights and waived his right to legal counsel. GARCIA stated that he was the driver of the minivan which was being loaded with multiple bundles of marijuana. GARCIA also stated a male subject who loaded a bundle of marijuana entered the minivan as he drove away. GARCIA implicated GONZALEZ as being the other person besides himself inside the minivan. GARCIA described GONZALEZ by physical stature and articles of clothing. GARCIA also stated that GONZALEZ was on the phone as they drove away talking and telling the person on the line that they were on the way. GARCIA stated he was hired to transport the bundles of marijuana for ($800) eight hundred dollars.

TFO Hector Lopez provided AUSA Justin Dinsdale with the facts surround the case in which AUSA Dinsdale accepted the case for federal prosecution.

_____ TFO
Complainant's Signature

Hector Lopez, DEA Task Force Officer
*Printed Name and Title*

Sworn to before me, and subscribed in my presence,

Date: January 8, 2019

City and State: Brownsville, Texas

_____
Judge's Signature

Ronald G. Morgan , United States Magistrate Judge
*Printed Name and Title*